195 So. 281

### Charlie AVINGER v. STATE.

6 Div. 651.

Supreme Court of Alabama.

March 28, 1940.

Beddow, Ray & Jones, of Birmingham, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

GARDNER, Justice.

Petition of Charlie Avinger for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Avinger v. State, 195 So. 279.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.